

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-19-00134-CV

**IN THE INTEREST OF D.R.**, et al,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00445
Honorable Genie Wright, Judge Presiding

# O R D E R

The Department's First Motion for Extension of Time to File Brief is GRANTED. The brief is due on July 17, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court